

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00287-CV

| | | |
|---|---|---|
| VERITEK LLC, Appellant | § | On Appeal from |
| | § | County Court at Law No. 3 |
| v. | § | of Tarrant County (2019-007906-3) |
| | § | January 7, 2021 |
| TBI CONSTRUCTION SERVICES LLC, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr